UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cr-00100-1

**United States of America,**

v.

**Peter Hoeger Baker.**

### ORDER

The court referred this matter to the Honorable John D. Love, United States Magistrate Judge, for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The magistrate judge conducted a hearing in the form and manner prescribed by Rule 11 and issued findings of fact and recommendation on guilty plea. Doc. 24. The magistrate judge recommended that the court accept defendant's guilty plea and adjudge defendant guilty on count one of the indictment.[1] *Id*. Defendant waived his right to object to the magistrate judge's findings. *Id*.

The court hereby **accepts** the findings of fact and recommendation on guilty plea of the United States Magistrate Judge. The court also accepts defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with defendant's guilty plea, the court finds defendant Peter Hoeger Baker **guilty** of count one of the indictment, charging a violation of Title 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm.

---

[1] The plea agreement correctly states that the defendant pled guilty to count one of the indictment. However, the elements of the offense states that defendant is "charged in Count Two of the indictment." Doc. 18. The court notes for the record that this filing contains a clerical error, as the indictment only contains one count. *See* Doc. 2.

- 2 -

*So ordered by the court on February 25, 2021.*

―――――――――――――――――
J. CAMPBELL BARKER
United States District Judge